# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 249 |
| | : | |
| ORDER AMENDING | : | APPELLATE PROCEDURAL RULES |
| RULE 1941 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| APPELLATE PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of September, 2014, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A.103(a)(3) in the interests of efficient administration:

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Appellate Procedure 1941 is adopted in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendment herein shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.